■ In the Matter of BABY BOY Z.J. PETER G., et al., Respondents; JOHN J., Appellant. [778 NYS2d 282]—In a private placement adoption proceeding pursuant to Domestic Relations Law article 7, the biological father appeals from an order of the Surrogate's Court, Nassau County (Radigan, S.), dated July 20, 2000, which, after a hearing, upon a finding that he had abandoned the subject child, determined that his consent to the adoption of the child by the maternal grandparents was not required, and directed the adoption to proceed.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the appellant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *Matter of Kamate v Kamate,* 260 AD2d 637 [1999]). Smith, J.P., S. Miller, Crane and Rivera, JJ., concur.